IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02891-PAB-MJW

DAVID M. SHELTON, and
DESIGNSENSE, INC.,

Plaintiff(s),

v.

MRIGLOBAL, a non-profit corporation, formally Midwest Research Institute
its National Renewable Energy Laboratory Division,  and
ALLIANCE FOR SUSTAINABLE ENERGY, LLC,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Leave to Amend the Complaint (docket no. 18) is GRANTED.  The Second Amended Complaint (docket no. 18-1) is ACCEPTED for filing as of the date of this minute order.  The Defendants shall have up to and including February 15, 2012, to respond the Second Amended Complaint.

Pursuant to Fed. R. Civ. P. 15(a)(2), "[t]he court should freely give leave [to amend] when justice so requires."  "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment."  Bylin v. Billings, 568 F.3d 1224, 1229 (10th Cir. 2009) (quoting Frank v. U.S. West, Inc., 3 F.3d 1357, 1365 (10th Cir. 1993).

Date:  January 26, 2012