IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02891-PAB-MJW

DAVID M. SHELTON, and
DESIGNSENSE, INC.,

Plaintiff(s),

v.

MRIGLOBAL, a non-profit corporation, formally Midwest Research Institute
its National Renewable Energy Laboratory Division,  and
ALLIANCE FOR SUSTAINABLE ENERGY, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 52) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 52-1) is APPROVED as amended in paragraph 11 and made an Order of Court.

Date: July 16, 2012