**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02891-PAB-MJW

DAVID M. SHELTON AND
DESIGNSENSE, INC.,

     PlaintiffS,

v.

MRIGLOBAL, a non-profit corporation, formerly Midwest Research Institute
its National Renewable Energy Laboratory Division, and
ALLIANCE FOR SUSTAINABLE ENERGY, LLC,

     Defendants.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Order of Judge Philip A. Brimmer entered on September 28, 2012, it is

     **ORDERED** that defendants' motion to dismiss [Docket No. 34] is GRANTED and that plaintiffs' Lanham Act and Copyright Act claims are dismissed for failure to state a claim. It is further

     **ORDERED** that, pursuant to 28 U.S.C. § 1367(c)(3), plaintiffs' state law claims are dismissed without prejudice.   Accordingly, it is further

     **ORDERED** that this case is closed in its entirety.

DATED at Denver, Colorado September 28, 2012.

            FOR THE COURT:
            JEFFREY P. COLWELL, CLERK


            By: s/ Edward Butler
              Edward P. Butler
              Deputy Clerk